UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS HOFFMANN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:05-CV-2221 (CEJ) ) |
| MEDTRONIC, INC., d/b/a MEDTRONIC MINIMED, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the plaintiff's unopposed motion to dismiss this action without prejudice [#32] is **granted**.

**IT IS FURTHER ORDERED** that all other pending motions are **denied as moot**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 11th day of September, 2006.